# ALABAMA COURT OF CRIMINAL APPEALS



September 6, 2024

**CR-2023-0854**
Phillip David Landreth, Jr. v. State of Alabama (Appeal from Randolph Circuit
Court: CC-23-900001)

## <u>NOTICE</u>

You are hereby notified that on September 6, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk